IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REUBEN HALEY, | ) |
| Plaintiff, | ) Case No.: 22-cv-1785 |
| v. | ) Hon. Steven C. Seeger |
| Chicago Police Officer Nicu J. Tohatan, Star No. 18703 and Chicago Police Sergeant Edward J. Ranzzoni, Ph.D., Star No. 1776, | ) |
| Defendants. | ) |

**JOINT SETTLEMENT STATEMENT**

The parties have settled this case but are still working on the documentation.

Dated: August 19, 2022

Respectfully submitted,

s/Peter T. Sadelski
Peter T. Sadelski
Ed Fox & Associates
300 W. Adams Street
Suite 330
Chicago, IL 60606
(312) 345-8877
psadelski@efoxlaw.com
*Attorney for Plaintiff*

/s/Jessica L. Griff
Jessica L. Griff
Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
2 N. LaSalle St., Suite 420
Chicago, IL 60602
Tel: 312-744-2826
Fax: 312-744-6566
jessica.griff@cityofchicago.org
*Attorney for Defendants*